UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>KIMBERLY L. SHULTZ<br><br>　　　　　　　　Defendant | CIVIL NO. 17-03551 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on August 07, 2017. The summons issued on August 7, 2017 was not received by our office.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　By: _____
　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　Pennsylvania Attorney I.D. No. 315936
　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　701 Market Street
　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> KIMBERLY L. SHULTZ <br><br> Defendant | CIVIL NO. 17-03551 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

KIMBERLY L. SHULTZ
15 Lakeview Pl
Lititz, PA 17543

by mailing a true and correct copy thereof, postage prepaid, on this _6_ day of September, 2017.

Respectfully submitted,
KML Law Group, P.C.

By: _____
Brittni Augustin, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
215-825-6327