

# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
THE HOLMES BUILDING
101 LARRY HOLMES DRIVE, 4TH FLOOR
EASTON, PENNSYLVANIA 18042
CHAMBERS_OF_JUDGE_EDWARD_G_SMITH@PAED.USCOURTS.GOV

| CHAMBERS OF | PHONE: (610) 333-1833 |
| JUDGE EDWARD G. SMITH | FAX: (610) 252-5599 |

October 10, 2017

**REBECCA ANN SOLARZ, ESQUIRE**
KML LAW GROUP PC
701 MARKET ST SUITE 5000
PHILADELPHIA, PA 19106

    Re:    **United States of America v. Kimberly Shultz**
              **Civil Docket # 5:17-cv-3551**

Dear Attorney Solarz:

    A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

    In order to eliminate a delay in bringing this case to trial, service must be made by November 6, 2017, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

                                          Very truly yours,

                                          */s/ Shana Restucci*
                                          _____

                                          Shana Restucci, Civil Deputy Clerk
                                          Honorable Edward G. Smith