# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | ALYK L. OFLAZIAN* |
| KRISTINA G. MURTHA* | | COLLEEN M. HIRST* |
| THOMAS I. PULEO | SUITE 5000 | PAUL W. LUONGO* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | CAITLIN M. DONNELLY* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | PHILADELPHIA, PENNSYLVANIA  19106-1532 | MATTHEW K. FISSEL* |
| *PA & NJ BAR | (215) 627-1322 | MICHAEL J. CLARK* |
| | (866) 413-2311 | NICHOLAS J. ZABALA* |
| | FAX (215) 627-7734 | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | WWW.KMLLAWGROUP.COM | DENISE CARLON |
| | | JAMES WARMBRODT |
| | | MATTEO WEINER* |
| | | UJALA AFTAB* |
| | | EVAN J. HARRA* |

October 12, 2017

Honorable Edward G. Smith
United States District Court
Eastern District of Pennsylvania

RE: THE UNITED STATES OF AMERICA vs. KIMBERLY L. SHULTZ
Lancaster County – Docket #17-03551

Dear Judge Smith:

Pursuant to your request, the status of the above-mentioned case, is such that the complaint was filed on August 7, 2017. Plaintiff did not receive the summons and therefore filed a Praecipe to Reissue Summons on September 6, 2017. On September 14, 2017 a copy of the summons and complaint were sent, along with a waiver of service, to Defendant. Plaintiff is allowing the Defendant 30 days to return the waiver of service. If the waiver is not returned executed, Plaintiff will send a private process server to attempt personal service.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esquire
Attorney for Plaintiff
Tel: 215-825-6327
Fax: 215-825-6443
Email: rsolarz@kmllawgroup.com

cc:
KIMBERLY L. SHULTZ