# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-03551

Sheriff's Sale Date: _____

V.

KIMBERLY L. SHULTZ; et al.
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Summons & Complaint

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served KIMBERLY L. SHULTZ the above process on the 26 day of October, 2017, at 12:10 o'clock, PM, at 15 LAKEVIEW PL LITIZ, PA 17543 , County of Lancaster, Commonwealth of Pennsylvania:

Manner of Service:

☑  By handing a copy to the Defendant(s)

Description: Approximate Age 36-40   Height 5'5   Weight 150   Race WHITE   Sex FEMALE   Hair RED
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of  P~  _____     )
                                                                        ) SS:
County of _____ Berks _____                     )

Before me, the undersigned notary public, this day, personally, appeared _____ Jeffrey Clohessy _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-172382
Case ID #:5016609

Subscribed and sworn to before me
this 27 day of OCT 20 17

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017