IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-3551 |
| | : | |
| v. | : | |
| | : | |
| KIMBERLY L. SHULTZ, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 27th day of November, 2017, the plaintiff having applied for the entry of a default judgment against the defendant (Doc. No. 8), it is hereby **ORDERED** that the court will hold a hearing on the application on **Thursday, December 21, 2017**, at **10:00 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.[1]

**NOTICE TO DEFENDANT**

**THE DEFENDANT, KIMBERLY L. SHULTZ, IS HEREBY NOTIFIED THAT THE PURPOSE OF THIS HEARING IS TO DETERMINE WHETHER A DEFAULT JUDGMENT SHALL BE ENTERED AGAINST HER AND THE AMOUNT OF THAT JUDGMENT. THE DEFENDANT HAS THE RIGHT TO APPEAR BEFORE THE UNDERSIGNED AT THE HEARING TO OPPOSE THE RELIEF REQUESTED BY THE PLAINTIFF. IF THE DEFENDANT FAILS TO APPEAR, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST HER BASED ON INFORMATION PROVIDED BY THE PLAINTIFF.**

**IT IS FURTHER ORDERED** that the plaintiff shall serve this order upon the defendant by personal service and submit a verification of service prior to the hearing.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Counsel for the plaintiff may participate by telephone, by contacting the undersigned through his civil deputy at (610) 333-1833 at the time the hearing is scheduled to begin.