

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-03551

v.

KIMBERLY L. SHULTZ, ET AL,
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, NOTICE TO DEFENDANT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KIMBERLY L. SHULTZ the above process on the 17 day of December, 2017, at 5:32 o'clock, PM, at 15 LAKEVIEW PL LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5'3  Weight 155  Race WHITE  Sex FEMALE  Hair BROWN/GRAY
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __Pa__ )
                              ) SS:
County of __Berks__           )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this __18__ day of __Dec__, 20__17__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

File Number: USA-172382
Case ID #: 5062164

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021