UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff<br><br>vs.<br><br>KIMBERLY L. SHULTZ<br><br>                      Defendant(s) | CIVIL NO. 17-03551 |

### CERTIFICATE OF SERVICE

I do hereby certify that service of the foregoing Statement of Damages and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment was made upon the following persons by mailing a true and correct copy thereof, postage prepaid, on this 18th day of December, 2017, addressed as follows:

KIMBERLY L. SHULTZ
15 Lakeview Pl
Lititz, PA 17543

                                                Respectfully submitted,

                                                KML Law Group, P.C.

                                                By: _____
                                                Rebecca A. Solarz, Esquire
                                                Suite 5000 – BNY Independence Center
                                                701 Market Street
                                                Philadelphia, PA  19106-1532
                                                (215) 825-6327
                                                RSolarz@kmllawgroup.com