UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>KIMBERLY L. SHULTZ<br><br>Defendant(s) | CIVIL NO. 17-03551 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(x)      Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )      Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )      Certified mail by Sheriff's Office.
( )      Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )      Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )      Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY <u>COURT ORDER</u>.**
( )      Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )      Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )      Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

KIMBERLY L. SHULTZ; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-03551

Sheriff's Sale Date: 8/22/18

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KIMBERLY L. SHULTZ the above process on the 7 day of May, 2018, at 9:00 o'clock, PM, at 15 LAKEVIEW PL LITITZ, PA 17543, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☒ By handing a copy to the Defendant(s)

Description: Approximate Age 56-60  Height 5'1"  Weight 160  Race WHITE  Sex FEMALE  Hair BLACK
Military Status: ☒ No  ☐ Yes  Branch: _____

Commonwealth/State of __PA__          )
                                       ) SS:
County of __Berks__                    )

Before me, the undersigned notary public, this day, personally, appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-172382
Case ID #:5179138

Subscribed and sworn to before me
this __8__ day of __May__, 20__18__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

Print Your Documents                                                                 Page 1 of 2

USA-BA

USPS Manifest Mailing System                                                         Page   1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
| --- | --- | --- |
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>7633-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9171999991703830409264<br>9171999991703830409264 | WOJTECKI n/k/a BRENDA L. JACOBS, BRENDA L.<br>4615 Route 215<br>East Springfield, PA 16411 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830787515<br>9171999991703830787515 | RAEHL, JENNIFER L.<br>1109 Maple Avenue<br>Barnesboro, PA 15714 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830787522<br>9171999991703830787522 | GOLLER, GRETCHEN J.<br>382 Park Hill Drive<br>Johnstown, PA 15909 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830787980<br>9171999991703830787980 | RAEHL, ANDREW T.<br>1801 Bigler Avenue<br>Northern Cambria, PA 15714 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830787997<br>9171999991703830787997 | RAEHL, JENNIFER L.<br>1801 Bigler Avenue<br>Northern Cambria, PA 15714 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830788000<br>9171999991703830788000 | RAEHL, ANDREW T.<br>1109 Maple Avenue<br>Barnesboro, PA 15714 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830789014<br>9171999991703830789014 | FISHER, GARY L.<br>1920 Lola Lane<br>North East, PA 16428 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830789021<br>9171999991703830789021 | GERARDI JR., WILLIAM E.<br>3620 Lutheran Church Road<br>Apollo, PA 15613 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830789038<br>9171999991703830789038 | GERARDI, HOLLY M.<br>3620 Lutheran Church Road<br>Apollo, PA 15613 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| Page Totals<br>Cumulative Totals | 9<br>9 | | 4.36<br>4.36 | 43.65<br>43.65 | | | 48.02<br>48.02 |

USPS Manifest Mailing System                                                             Page   2

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123<br>Sequence Number<br>7633-1 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5<br>Class of Mail<br>Mixed | | | |
|---|---|---|---|---|---|---|---|
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703830789045<br>9171999991703830789045 | GERARDI, HOLLY M.<br>4579 State Route 66<br>Apollo, PA 15613 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830789052<br>9171999991703830789052 | GERARDI JR., WILLIAM E.<br>4579 State Route 66<br>Apollo, PA 15613 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830789069<br>9171999991703830789069 | SHULTZ, KIMBERLY L.<br>15 Lakeview Pl<br>Lititz, PA 17543 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703830789113<br>9171999991703830789113 | FISHER, SABRINA L.<br>1920 Lola Lane<br>North East, PA 16428 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| Page Totals<br>Cumulative Totals | 4<br>13 | | | 1.94<br>6.31 | 19.40<br>63.05 | | 21.34<br>69.35 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____        Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C    Certified
                                 ERR  Return Receipt

[Round stamp: USPS CONTINENTAL STATION, MAY - 4 2018, PHILA, PA 19106]

http://pbpc02/sendsuite%20live/projects/image.aspx?pd=1                                    5/4/2018

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☐ Registered
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | |
| 2. | | TENANTS / OCCUPANTS<br>15 Lakeview Pl<br>Lititz, PA 17543 | | | | | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 001.17⁰
02 1W
0001391829 MAY. 04. 2018

Total Number of Pieces Listed by Sender: Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-172382   Lancaster County    Sale Date: 08/22/2018    USA B. Augustin

KIMBERLY L. SHULTZ

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                             Plaintiff<br><br>vs.<br><br>KIMBERLY L. SHULTZ<br><br>                             Defendant(s) | CIVIL NO. 17-03551 |

### AFFIDAVIT PURSUANT TO RULE 3129

       THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        15 Lakeview Pl
        Lititz, PA 17543

1. Name and address of Owner(s) or Reputed Owner(s):

        KIMBERLY L. SHULTZ
        15 Lakeview Pl
        Lititz, PA 17543

2. Name and address of Defendant(s) in the judgment:

        KIMBERLY L. SHULTZ
        15 Lakeview Pl
        Lititz, PA 17543

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        DOMESTIC RELATIONS OF LANCASTER COUNTY
        40 East King Street
        PO Box 83479
        Lancaster, PA 17608

        PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
        Health and Welfare Bldg. - Room 432
        P.O. Box 2675
        Harrisburg, PA 17105-2675

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        TENANTS / OCCUPANTS
        15 Lakeview Pl
        Lititz, PA 17543


      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: July 26, 2018

                                                 KML Law Group, P.C.
                                                 BY: Rebecca A. Solarz, Esq.
                                                 Attorney for Plaintiff