

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 17-CV-3551

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 15 LAKEVIEW PLACE, LITITZ, PA 17543.

The public sale was held on AUGUST 22, 2018

and the highest bidder was JOSH MELLINGER

who bid the amount of $ 99,500.00

By: [signature]

Deputy U.S. Marshal
PATRICK D. ENNIS
SDUSM