## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
        Plaintiff

v.

KIMBERLY L. SHULTZ
        Defendant

Civil Action No: 17-03551

## ORDER

AND NOW, this 27TH day of Sept, 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on August 22, 2018 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of KIMBERLY L. SHULTZ in and to the premises sold located at 15 Lakeview Pl, Lititz, PA 17543.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.



_____
                                      J.