**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

        Plaintiff

vs.

KIMBERLY L. SHULTZ

        Defendant(s)

CIVIL NO. 17-03551

**ASSIGNMENT OF BID**

THIS ASSIGNMENT is made this __9th__ day of __October__, 10/2/2018, by __BP Real Estate Investment Group LP__ (Assignor) TO __BP Group LP__ (Assignees).

**WHEREAS**, Assignor was the successful bidder at the United States Marshal's Sale of August 22, 2018 for the Property known as 15 Lakeview Pl., Lititz, PA 17543.

**WHEREAS**, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

BY: _____
SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This 9th day of October, 10/2/2018

_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
Member, Pennsylvania Association of Notaries
```

Assignment of Bid (15 Lakeview Pl., Lititz, PA 17543)
Page 2

I hereby accept this Assignment of Bid.

BY: _____
   (Assignees)

Address: 1770 Oregon Pk Lancaster PA 17601
Phone Number: 717-669-5075

As to Assignee

Sworn to and subscribed before me

this        day of               , 10/2/2018.


_____
Notary Public

```
Commonwealth of Pennsylvania - Notary Seal
Valerie A. Olweiler, Notary Public
Lancaster County
My commission expires August 31, 2020
Commission number 1300606
```
Member, Pennsylvania Association of Notaries