**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>KIMBERLY L. SHULTZ<br><br>　　　　　　　Defendant | CIVIL NO. 17-03551 |

**ORDER**

AND NOW, this 9TH day of November, 2018, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 15 Lakeview Pl Lititz, PA 17543 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:



_____ J.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

        Plaintiff

vs.

KIMBERLY L. SHULTZ

        Defendant

CIVIL NO. 17-03551

## A. **SCHEDULE OF DISTRIBUTION**

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser.................................$99,500.00

Amount of cash received ..............................................$99,500.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A67548/2017A67584 ..........................$99,500.00

                                        KML Law Group, P.C.

                                        By:  /s/Rebecca A. Solarz, Esq.
                                        Rebecca A. Solarz, Esquire
                                        Pennsylvania Attorney I.D. No. 315936
                                        Suite 5000 – BNY Independence Center
                                        701 Market Street
                                        Philadelphia, PA  19106-1532
                                        (215) 825-6327