**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff<br><br>vs.<br><br>KIMBERLY L. SHULTZ<br><br>  Defendant | CIVIL NO. 17-03551 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser...............................$99,500.00

Amount of cash received ..............................................................$99,500.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A67548/2017A67584 ..........................$99,500.00

>                                     KML Law Group, P.C.
>
>                                     By: __/s/Rebecca A. Solarz, Esq.___
>                                     Rebecca A. Solarz, Esquire
>                                     Pennsylvania Attorney I.D. No. 315936
>                                     Suite 5000 – BNY Independence Center
>                                     701 Market Street
>                                     Philadelphia, PA  19106-1532
>                                     (215) 825-6327