**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-3551 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kimberly L Shultz | US Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kimberly L. Shultz
ADDRESS *(Street or RFD, Apartment No City, State and ZIP Code)*
15 Lakeview Place, Lititz, PA 17543

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 66 | No 66 | *[signed]* | 8/22/18 |

I hereby certify and return that I ☐ have personally served ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

| Date | Time | |
|---|---|---|
| 8-22-18 | 11:15 | ☒ am ☐ pm |

Signature of U S Marshal or Deputy

160 RT miles @ .545

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | 87.20 | — | 87.20 | — | 87.20 |

REMARKS

US Marshals Sale of premises known as 15 Lakeview Place, Lititz, PA 17543 Sale was held at the Lancaster County Courthouse, 50 N Duke Street, Lancaster, PA 17602

**DISTRIBUTE TO**
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13